UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------------X

SHABTAI SCOTT SHATSKY, *et al.*,

                Plaintiffs,          Civil Action No: 18-cv-3141-RJL

          *-against-*

PALESTINE LIBERATION ORGANIZATION, *et al.*,

                Defendants.

------------------------------------------------------------------------X

## ORDER

For the reasons set forth in Plaintiffs' Motion to Stay it is hereby

**ORDERED**, that all proceedings in this case shall be and hereby are stayed pending conclusion of the appeal in *Shatsky, et al., v. Palestine Liberation Organization, et al.*, No. 17-7168 (D.C. Circuit).

**SO ORDERED**


Date:

                                              _____
                                              Senior United States District Judge