UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------------ X

SHABTAI SCOTT SHATSKY, *et al.*,

                       Plaintiffs,                         Civil No: 18-cv-03141-RJL

                *-against-*

PALESTINE LIBERATION ORGANIZATION, *et al.*,

                      Defendants.

------------------------------------------------------------------ X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

        All the plaintiffs herein hereby voluntarily dismiss this action in its entirety without

prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: May 22, 2020

                                         Respectfully submitted,

                                         THE BERKMAN LAW OFFICE, LLC
                                         *Counsel for the Plaintiffs*

                                      by: _____

                                      Robert J. Tolchin
                                      (D.C. Bar # NY0088)
                                      111 Livingston Street, Suite 1928
                                      Brooklyn, New York 11201
                                      (718) 855-3627
                                      rtolchin@berkmanlaw.com

## <u>CERTIFICATION</u>

I hereby certify that on May 22, 2020, a copy of the above Notice was sent to the defend-

ants, by first-class mail, postage prepaid, at the following addresses:


THE PALESTINE LIBERATION ORGANIZATION
Mukata'a Building
Ramallah, West Bank
via Israel

THE PALESTINIAN AUTHORITY
(a/k/a "The Palestinian Interim Self-Government
Authority" and/or "The Palestinian National Authority")
Mukata'a Building
Ramallah, West Bank
via Israel


_____
Robert J. Tolchin